
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-50064 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00303-JAK-1 |
| v. | |
| RUDOLPH EMMANUEL ENGLETON, Jr., a.k.a. C-Cat, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted March 17, 2017**

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Rudolph Emmanuel Engleton, Jr. appeals from the district court's judgment

and challenges his 48-month sentence for being a felon in possession of a firearm

and ammunition, in violation of 18 U.S.C. § 922(g)(1).  Pursuant to *Anders v.*

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967),  Engleton's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**